# IN THE UNITED STATES BANKRUPTCY COURT, DISTRICT OF PUERTO RICO

IN RE: SANTOS VILLAFANE DEL VALLE
WALESKA GONZALEZ PUJOLS

Bkrtcy. No. 11-07988-BKT

Chapter 13

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

Petition Filing Date: Sep 19, 2011
Meeting Date: Oct 20, 2011
DC Track No.: 26

Days from petition date: 31
Meeting Time: 3:00 PM

910 Days before Petition: 3/23/2009
☐ Chapter 13 Plan Date: Sep 19, 2011 Dkt.# 2 ☐ Amended.

This is debtor(s) ☒ 1st Bankruptcy petition.
Plan Base: $10,500.00

This is the ☒ 1st Scheduled Meeting
Confirmation Hearing Date: Nov 18, 2011 Time: 2:30 PM

Payment(s) ☐ Received or ☒ Evidence shown at meeting:
Ck/MO No. 21689 Date 10-14-2011 Amount $175.00 Total Paid In: $0.00

### I. Appearances: ☐ Telephone ☐ Video Conference ☐ Creditor(s) present: ☒ None.

☒ Debtor Present ☒ ID & Soc. OK ☐ Debtor Absent
☒ Joint Debtor Present ☒ ID & Soc. OK ☐ Joint Debtor Absent
Debtor(s) was/were ☒ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☒ Present ☐ Not Present
☐ Substitute attorney: Michelle Vega, Esq. ☐ Pro-se.

### II. Attorneys Fees as per R 2016(b) Statement
Attorney of record: ROBERTO FIGUEROA CARRASQUILL*
Total Agreed: $3,000.00 Paid Pre-Petition: $76.00 Outstanding: $2,924.00 THROUGH THE PLAN

### III. Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

### IV. Trustee's Report on Confirmation & Status of §341 Meeting
Debtor(s) Income is (are) ☐ Under ☒ Above Median Income. Liquidation Value: 0
Commitment Period is ☐ 36 ☒ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: 0
The Trustee ☐ RECOMMENDS ☒ OBJECTS Plan confirmation.
§341 Meeting ☐ CONTINUED ☐ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR 10 DAYS
§341 Meeting Rescheduled for: _____

### V. Trustee's OBJECTIONS to Confirmation: — what is being proposed.
☐ FEASIBILITY [§1325(a)(6)] ☒ INSUFFICIENTLY FUNDED ☐ To pay §507 ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS ☒ Tax returns requirements. [§1308] 2010 & 2008 pr.
☐ Failure to comply with DSO requirements ☐ Plan not filed in Good Faith §1325(a)(3) ☐ Unfair Discrimination §1322(a)(3)

### ADDITIONAL OBJECTIONS / COMMENTS:
Tax returns must be uploaded.
Pay stubs must be submitted in 10 days.
Feb $11,170.00

/s/ José R. Carrión
Trustee

Presiding Officer

Page 1 of 1

Date: Oct 20, 2011